FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2023

SEAN F. MCAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN RICHARD BYERS and<br>KAYLA ANN TOMPKINS,<br><br>    Defendant. | 2:23-CR-34-TOR<br><br>INDICTMENT<br><br>Vio.: 21 U.S.C. § 841(a)(1),<br>(b)(1)(B)(vi),<br>Possession with Intent to<br>Distribute 40 Grams or More of<br>Fentanyl<br>(Count 1)<br><br>18 U.S.C. § 922(g)(1),<br>924(a)(8),<br>Felon in Possession of a<br>Firearm<br>(Counts 2, 3)<br><br>18 U.S.C. § 924, 21 U.S.C. §<br>853, 28 U.S.C. § 2461<br>Forfeiture Allegations |

INDICTMENT - 1

The Grand Jury charges:

## COUNT 1

On or about February 27, 2023, in the Eastern District of Washington, the Defendant, JUSTIN RICHARD BYERS, knowingly possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 2

On or about February 27, 2023, in the Eastern District of Washington, the Defendant, JUSTIN RICHARD BYERS, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce, firearms, to wit: an Interarms 9mm caliber semi-automatic handgun bearing serial number 2114657 and a Sig Sauer Model P365 .380 caliber semi-automatic handgun bearing serial number 66A455436, which firearms had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 3

On or about February 27, 2023, in the Eastern District of Washington, the Defendant, KAYLA ANN TOMPKINS, knowing of her status as a person previously

INDICTMENT - 2

convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce, a firearm, to wit: a Sig Sauer, Model P328 handgun bearing serial number 27A149421, which firearm had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## SERIOUS DRUG FELONY

Before JUSTIN RICHARD BYERS committed the above offense named in Count 1, JUSTIN RICHARD BYERS, had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Possession with Intent to Distribute 100 Grams or More of Heroin, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i), in the United States District Court for the Eastern District of Washington, Case No. 2:16-CR-116-TOR, and having served a term of imprisonment beginning on or about July 5, 2016, and continuing until on or about February 12, 2021.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendant, JUSTIN RICHARD BYERS, shall forfeit to the United States of America, any property constituting, or

INDICTMENT - 3

derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- an Interarms 9mm caliber semi-automatic handgun bearing serial number 2114657; and,

- a Sig Sauer Model P365 .380 caliber semi-automatic handgun bearing serial number 66A455436

If any forfeitable property, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C.§ 924(d)(1) and 28 U.S.C.§ 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8) as set forth in this Indictment, the Defendants, JUSTIN RICHARD BYERS and KAYLA ANN TOMPKINS, shall forfeit to the United States of America any firearms or ammunition involved or used in the commission of the offense, including, but not limited to:

INDICTMENT - 4

Defendant JUSTIN RICHARD BYERS - COUNT 2

- an Interarms 9mm caliber semi-automatic handgun bearing serial number 2114657; and,

- a Sig Sauer Model P365 .380 caliber semi-automatic handgun bearing serial number 66A455436

Defendant KAYLA ANN TOMPKINS - COUNT 3

- a Sig Sauer, Model P328 handgun bearing serial number 27A149421

DATED this 21 day of March 2023.

A TRUE BILL

*[signature]*
Vanessa R. Waldref
United States Attorney

*[signature]*
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 5